**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                               **4:09CR00166-004   SWW**

**DAVID CASH**

### ORDER

For the reasons stated at the hearing on this date, the Court *sua sponte*, and without objection by defendant or the government, finds that defendant should be committed for a psychiatric evaluation to determine competency to stand trial under 18 U.S.C. § 4241 and to determine existence of insanity at the time of offense under 18 U.S.C. § 4242.

Accordingly, Defendant is committed to the custody of the United States Marshal for the Eastern District of Arkansas to await designation of a Bureau of Prisons facility where the psychiatric or psychological examination will be performed.

Defendant has been detained since July 1, 2009. If defendant is found competent, the Court anticipates he will plead to an offense for which the sentence is relatively short. Therefore, it is possible that by the time he has an opportunity to plead guilty, defendant already may have served more time than the sentence imposed. **Therefore, the Court requests that defendant's designation, evaluation, and report be expedited.** The Court directs the United States Attorney to contact the Bureau of Prisons to encourage its compliance with this request.

The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the Court upon receipt of Defendant's facility designation.

Based on 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

IT IS SO ORDERED this 4th day of February, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE