```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                          NO. 4:09CR00166-004 SWW

DAVID CASH

### ORDER

Pending before the Court is defendant's motion to modify the sentence imposed, in the above matter, by remaining at the Wilbur D. Mills Rehabilitation and Transitional Living Facility in McCrory, Arkansas for an additional six months. The government does not object and the probation officer has not stated an objection.

IT IS THEREFORE ORDERED that the motion to modify the sentence imposed(doc #133)is **_GRANTED_** and the sentence hereby is modified as follows:

> The defendant shall serve six months at the Wilbur D. Mills Rehabilitation and Transitional Living Facility rather than at a residential re-entry facility.

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

DATED this 20th day of October 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE